ERIC GRANT
United States Attorney
ARELIS CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Respondents

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE LOREN RODRIGUEZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>Respondents. | Case No. 1:25-CV-01111-KES-SAB<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER<br><br>COURT: Hon. Kirk E. Sherriff |

Respondents and Petitioner ("Petitioner") stipulate and request that the currently scheduled briefing schedule regarding Petitioner's motion be modified in the following ways: (1) Respondents' response deadline extended from September 11, 2025 to September 17, 2025; (2) Petitioner's reply brief deadline extended to September 25, 2025. The hearing may be rescheduled at the Court's earliest convenience following the end of briefing.

**STIPULATION**

Respondents, by and through undersigned counsel, and Petitioner, by and through undersigned counsel, hereby stipulate as follows:

1. Respondents' response deadline is extended from September 11, 2025 to September 17, 2025;

2. Petitioner's reply brief deadline is extended to September 25, 2025; and

3. The hearing, currently scheduled for September 8, 2025, at 1:30 p.m., may be rescheduled at

1

the Court's earliest convenience following the end of briefing.

                                                Respectfully submitted,

                                                ERIC GRANT
                                                United States Attorney

Date: September 11, 2025                    */s/ Arelis Clemente*
                                                ARELIS CLEMENTE
                                                Assistant United States Attorney
                                                Attorney for Respondents

Date: September 11, 2025

                                               */s/ Victoria Petty*
                                                JORDAN WELLS
                                                VICTORIA PETTY
                                                Attorneys for Petitioner Rodriguez Rodriguez

## **O R D E R**

**IT IS SO ORDERED.** Respondents' deadline is extended from September 11, 2025 to September 17, 2025. Petitioner's reply brief deadline is extended to September 25, 2025. The hearing is reset to October 6, 2025 at 3:00 p.m.[1]

IT IS SO ORDERED.

Dated:   September 12, 2025                                          
                                                        UNITED STATES DISTRICT JUDGE

---

[1] If counsel wish to appear by videoconference, they shall contact courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov at least one day in advance of the hearing.